Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Evelyn Zikry

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EVELYN ZIKRY,                          ) Case No.: CV 10-3596 FFM
                                       )
                Plaintiff,             ) {PROPOSED} ORDER AWARDING
                                       ) EQUAL ACCESS TO JUSTICE ACT
        vs.                            ) ATTORNEY FEES AND EXPENSES
                                       ) PURSUANT TO 28 U.S.C. § 2412(d)
MICHAEL J. ASTRUE,                     )
Commissioner of Social Security,       )
                                       )
                Defendant              )
                                       )
_____ )

        Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

        IT IS ORDERED that fees and expenses in the amount of $3,250.00 as

authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:   August 9, 2011

                        /S/ FREDERICK F. MUMM
                        THE HONORABLE FREDERICK F. MUMM
                        UNITED STATES MAGISTRATE JUDGE